HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEI MEI CHEN,

          Plaintiff,

   v.

J.C. PENNEY CORPORATION INC

          Defendant.

CASE NO. C13-970RAJ

MINUTE ORDER

    The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

    On June 12, 2014, plaintiff filed a motion to compel and supporting papers. Dkt. # 25-26. The court has received a courtesy copy, but the courtesy copy does not comply with Local Rule 10(e). Local Rules W.D. Wash. CR ("LCR") 10(e)(10). LCR 10(e) requires, among other things, that exhibits be clearly marked and separated by divider pages and that relevant portions of testimony or exhibits be clearly marked, such as by highlighting, bracketing, or underlining. LCR 10(e)(10). Plaintiff is ORDERED to submit a courtesy copy of her motion and supporting documents that complies with LCR 10(e) within five days of this order. Plaintiff may pick up the noncompliant courtesy copy from Chambers.

The parties are expected to review and comply with all applicable rules, including the Local Civil Rules available at http://www.wawd.uscourts.gov/local-rules-and-orders. The court warns all parties that future violations of the Local Civil Rules may result in sanctions.

Dated this 13th day of June, 2014.

WILLIAM M. MCCOOL
Clerk

s/Rhonda Stiles
Deputy Clerk

MINUTE ORDER - 2